**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE $89,875.00 U.S. CURRENCY IN ONE JP MORGAN CHASE ACCOUNT | Case No. 21-SZ-1 |
| AND | |
| $1,000.00 U.S. CURRENCY IN ONE VENMO ACCOUNT | Case No. 21-SZ-2 |
| PURSUANT TO 18 U.S.C. § 981 AND 28 U.S.C. § 2461(c) | **Filed Under Seal** |

## MOTION TO SEAL SEIZURE WARRANT MATERIALS

The United States of America, by and through the United States Attorney for the District of Columbia, respectfully moves for an order to place and maintain under seal the Affidavit in Support of Seizure Warrant and Seizure Warrant in the above-captioned matter, this Motion and Supporting Memorandum, the proposed Order attached to this Motion, and any Order granting this motion ("seizure warrant materials"). In support thereof, the government states as follows:

1. On February 3, 2021, John Earle Sullivan was indicted on charges including violations of 18 U.S.C. § 1512(c)(2) & 2 (Obstruction of an Official Proceeding and Aiding and Abetting). Specifically, Count One of the indictment alleged that "On or about January 6, 2021, within the District of Columbia and elsewhere, **JOHN EARLE SULLIVAN**, attempted to, and did, corruptly obstruct, influence, and impede an official proceeding, that is, a proceeding before Congress, by entering and remaining in the United States Capitol without authority and committing an act of civil disorder and engaging in disorderly and disruptive conduct." The United States is seeking to seize the funds that constitute or are derived from proceeds traceable to that alleged violation of 18 U.S.C. § 1512 and that is subject to criminal and civil forfeiture.

2. The public disclosure of the seizure warrant materials could compromise the integrity of the investigation, including the ability of the United States to seize the funds before they are placed beyond process, moved, or otherwise dissipated. The government's affidavit also

1

includes evidence provided by W-1, and public disclosure of this evidence may put the witness at risk of intimidation by the defendant. Thus, a sealing order is necessary to avoid hindering the ongoing investigation in this matter.

3. As stated in Washington Post v. Robinson, 935 F.2d 282, 288 (D.C. Cir. 1999), there is a presumption of access to Court proceedings. But, this can be overridden if "'(1) closure serves a compelling interest; (2) there is a substantial probability that, in the absence of closure, this compelling interest would be harmed; and (3) there are no alternatives to closure that would adequately protect the compelling interest.'" Id. at 290 (quoting Oregonian Pub. Co. v. United States Dist. Court, 920 F.2d 1462, 1466 (9th Cir. 1990)).

4. In this matter, the United States has a compelling interest in preserving the integrity of its investigation and seizing the proceeds subject to forfeiture. A limited sealing order ensuring that filings related to the Seizure Warrant are not accessible from the Court's public files is narrowly tailored to serve a compelling interest.

5. Furthermore, the United States respectfully submits that complying with the normal notice requirements of Washington Post would defeat the purpose of the motion to seal. If this Motion or a sealing order were to become public, it would be the same as making public the Seizure Warrant.

**WHEREFORE**, the United States respectfully requests that this Court issue an Order directing that the Clerk of the Court place and maintain under seal the Affidavit in Support of Seizure Warrant, Seizure Warrant, this Motion and Supporting Memorandum, the proposed Order attached to this Motion, and any Order granting this motion.

Date: 04/28/2021                              Respectfully submitted,

                                                           CHANNING D. PHILLIPS
                                                          ACTING UNITED STATES ATTORNEY
                                                         D.C. Bar Number 415793


By:    /s/*Candice C. Wong*
                       Candice C. Wong
                       D.C. Bar No. 990903
                       Assistant United States Attorney
                       555 4th Street, N.W., room 4816
                       Washington, D.C. 20530
                       (202) 252-7849
                       Candice.wong@usdoj.gov