**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **IN THE MATTER OF THE SEIZURE OF $89,875.00 U.S. CURRENCY IN ONE JP MORGAN CHASE ACCOUNT** | : | **Case No. 21-SZ-1** |
| **AND** | : | |
| **$1,000.00 U.S. CURRENCY IN ONE VENMO ACCOUNT** | : | **Case No. 21-SZ-2** |
| **PURSUANT TO 18 U.S.C. § 981 AND 28 U.S.C. § 2461(c)** | : | **Filed Under Seal** |

**ORDER**

This matter having come before the Court pursuant to the application of the United States to seal seizure warrant materials, the Court finds that, because of such reasonable grounds to believe the disclosure will result in the movement or dissipation of property, intimidation of potential witnesses, and serious jeopardy to the investigation, the United States has established that a compelling governmental interest exists to justify the requested sealing.

1. IT IS THEREFORE ORDERED that the application is hereby GRANTED, and that the affidavit in support of seizure warrant, seizure warrant, the instant motion and memorandum to seal, and this Order are sealed.

2. IT IS FURTHER ORDERED that the Clerk's office shall delay any entry on the public docket of the seizure until further order of the Court.

3. IT IS FURTHER ORDERED that notwithstanding the other provisions of this ORDER, the government shall be permitted to disclose the above materials in furtherance of its law enforcement needs and discovery obligations.

Date: 04/28/2021

______________________________
G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE