UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF $1,000 U.S. CURRENCY IN ONE VENMO ACCOUNT<br><br>PURSUANT TO 18 U.S.C. § 981 AND 28 U.S.C. § 2461(c) | No. 21-SZ-2 (GMH)<br><br>**Filed Under Seal** |

## MOTION TO UNSEAL REDACTED SEIZURE WARRANT, REDACTED SUPPORTING AFFIDAVIT, REDACTED RETURN, AND OTHER RELATED DOCUMENTS

The United States of America, by and through its undersigned counsel, respectfully submits this *ex parte*, under seal motion to unseal a redacted version of the seizure warrant and supporting affidavit (Exhibit 1), a redacted version of the warrant return (Exhibit 2), and other related materials including the original motion to seal, order to seal, the instant motion to unseal, and any order to unseal (collectively, the "Warrant Materials").

### JURISDICTION

1. This Court has jurisdiction to issue the requested order because it is a "court of competent jurisdiction" as defined by 18 U.S.C. § 2711. Specifically, the Court is a "district court of the United States . . . that – has jurisdiction over the offense being investigated." 18 U.S.C. § 2711(3)(A)(i). As discussed more fully below, acts or omissions in furtherance of the offenses under investigation occurred within Washington., D.C.

### FACTUAL BACKGROUND

1. When the Court issued the Warrant on April 28, 2021, it also granted the government's motion to seal the Warrant, finding reasonable grounds to believe that disclosure of the Warrant could result in the movement or dissipation of property, intimidation of potential witnesses, and serious jeopardy to the investigation.

2. On April 29, 2021, the Warrant was served.

3. On May 7, 2021, the defendant filed a "Motion to Release Seizure Order Related to Defendant's Bank Account in Utah and to Forbid Seizures of Other Accounts" in *United States v. John Sullivan*, 21-CR-78, seeking to discharge the seizure and forbid other seizures. The government is obliged to respond to the motion no later than May 21, 2021. The seizure warrant is thus pertinent to ongoing litigation on which briefs are being publicly filed on the docket.

4. Now that the warrant has been executed, and has been placed at issue in ongoing briefing before the district court, there is no longer a compelling governmental interest to justify sealing the Warrant Materials.

5. Nonetheless, redactions are appropriate to accompanying the unsealing in order to protect personally identifiable information (PII) of the defendant and anonymize third-party entities not engaged in wrongdoing, for whom public exposure of their identities is unnecessary at this juncture to understand the issues and ensure fulsome access to Court proceedings. *See Washington Post v. Robinson*, 935 F.2d 282, 288 (D.C. Cir. 1999). Accordingly, the government hereby attaches a redacted version of the seizure warrant and supporting affidavit (Exhibit 1) and redacted version of the warrant return (Exhibit 2) to be publicly filed, along with the other related materials that are unsealed. The originally filed, unredacted versions of the seizure warrant, supporting affidavit, and warrant return should not be filed publicly on the docket.

ACCORDINGLY, it is respectfully requested that the above-captioned matter, substituting the attached, redacted seizure warrant, redacted supporting affidavit, and redacted warrant return (in lieu of the originally filed seizure warrant, supporting affidavit, and warrant return), be

unsealed.

                                                Respectfully submitted,

                                                CHANNING D. PHILLIPS
                                                ACTING UNITED STATES ATTORNEY
                                                D.C. Bar Number 415793

by:  _/s/ Candice C. Wong_

                                                Candice C. Wong
                                                D.C. Bar No. 990903
                                                Assistant United States Attorney
                                                555 4th Street, N.W., room 4816
                                                Washington, D.C. 20530
                                                (202) 252-7849
                                                Candice.wong@usdoj.gov