**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **IN THE MATTER OF THE SEIZURE OF $1,000 U.S. CURRENCY IN ONE VENMO ACCOUNT**<br><br>**PURSUANT TO 18 U.S.C. § 981 AND 28 U.S.C. § 2461(c)** | **No. 21-SZ-2 (GMH)**<br><br>**<u>Filed Under Seal</u>** |

**ORDER**

This matter having come before the Court pursuant to the motion of the United States to unseal the above-captioned matter, including a redacted version of the seizure warrant and supporting affidavit, a redacted version of the warrant return, and other related materials including the original motion to seal, order to seal, the instant motion to unseal, and the instant order to unseal (collectively, the "Warrant Materials"), the Court finds that, as the Warrant has been executed and a Motion to Release Seizure Order publicly filed by the defendant, there is no longer a compelling governmental interest to justify the sealing.

1. IT IS THEREFORE ORDERED that the government's motion to unseal is hereby GRANTED, and the redacted version of the seizure warrant and supporting affidavit appended to this motion, redacted version of the warrant return appended to this motion, and other related materials including the original motion to seal, order to seal, the instant motion to unseal, and the instant order (collectively, the "Warrant Materials"), be unsealed.

2. IT IS FURTHER ORDERED that the Clerk's office may now make entry on the

public docket of the Warrant and of this matter.

______________________________________
G. Michael Harvey
UNITED STATES MAGISTRATE JUDGE

cc: Candice C. Wong
Assistant United States Attorney
555 4th Street, N.W., room 4816
Washington, D.C. 20530
(202) 252-7849
Candice.wong@usdoj.gov