AO 108 (Rev. 06/09) Application for a Warrant to Seize Property Subject to Forfeiture

# UNITED STATES DISTRICT COURT
for the
District of Columbia

In the Matter of the Seizure of )
*(Briefly describe the property to be seized)* )
IN THE MATTER OF THE SEIZURE OF  $1,000.00 U.S. )   Case No.   21-SZ-2
CURRENCY IN ONE VENMO ACCOUNT )
)
PURSUANT TO 18 U.S.C. § 981 AND 28 U.S.C. § 2461(c) )

## APPLICATION FOR A WARRANT
## TO SEIZE PROPERTY SUBJECT TO FORFEITURE

I, a federal law enforcement officer or attorney for the government, request a seizure warrant and state under penalty of perjury that I have reason to believe that the following property in the _____ District of Columbia is subject to forfeiture to the United States of America under  18  U.S.C 981(a)(1)(C) and 28 U.S.C. § 2461.

*(describe the property)*:

$1,000.00 in U.S. Currency from Venmo (a Paypal, Inc. entity) Account, #███████ External ID #███████ with username ███████ and account name Insurgence USA, registered to phone number ███████ and address ███████), and connected to JPMorgan Chase Account ███████

The application is based on these facts:

See attached Affidavit, incorporated herein by reference.

☑ Continued on the attached sheet.

_____
Applicant's signature

Matthew B. Foulger, Special Agent, FBI
_____
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.
Sworn to me and signed in my presence.

Date: 04/28/2021

City and state:   Washington, D.C.

G. Michael Harvey
2021.04.28 19:56:10 -04'00'
_____
Judge's signature

G. Michael Harvey
_____
Printed name and title

AO 109 (Rev. 11/13) Warrant to Seize Property Subject to Forfeiture

# UNITED STATES DISTRICT COURT
for the
District of Columbia

In the Matter of the Seizure of )
*(Briefly describe the property to be seized)* )
IN THE MATTER OF THE SEIZURE OF $1,000.00 U.S. ) Case No. 21-SZ-2
CURRENCY IN ONE VENMO ACCOUNT )
)
PURSUANT TO 18 U.S.C. § 981 AND 28 U.S.C. § 2461(c) )

## WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property located in the _____ District of _____ Columbia _____ be seized as being subject to forfeiture to the United States of America. The property is described as follows:

$1,000.00 in U.S. Currency from Venmo (a Paypal, Inc. entity) Account, ▓▓▓▓, External ID # ▓▓▓▓▓▓▓, with username ▓▓▓▓▓ and account name Insurgence USA, registered to phone number ▓▓▓▓▓, address ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, and connected to JPMorgan Chase Account ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

**YOU ARE COMMANDED** to execute this warrant and seize the property on or before _____05/12/2021_____
                                                                                                                      *(not to exceed 14 days)*

☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to
_____G. Michael Harvey_____ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days (not to exceed 30)   ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued: ____4/28/2021____

                                                                                              G. Michael Harvey
                                                                                              2021.04.28 19:56:34 -04'00'
                                                                                              *Judge's signature*

City and state: ____Washington, D.C.____                             G. Michael Harvey
                                                                                            *Printed name and title*

AO 109 (Rev. 11/13) Warrant to Seize Property Subject to Forfeiture (Page 2)

| Return | | |
|---|---|---|
| Case No.: 21-SZ-2 | Date and time warrant executed: 4/29/21 @ 8:00 AM | Copy of warrant and inventory left with: PAYPAL SAFETY HUB PORTAL |
| Inventory made in the presence of: | | |

Inventory of the property taken:

$0 (USD) CURRENCY FROM VENMO ACCOUNT @ ▮▮▮▮▮▮

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 4/29/21

_____
Executing officer's signature

SA MATT FOULGER
Printed name and title

## ATTACHMENT A-2: PROPERTY TO BE SEIZED

$1,000.00 in U.S. Currency from Venmo (a Paypal, Inc. entity) Account, ▮▮▮▮, External ID ▮▮▮▮, with username ▮▮▮▮ and account name Insurgence USA, registered to phone number ▮▮▮▮ and address ▮▮▮▮▮▮▮▮, and connected to JPMorgan Chase Account # ▮▮▮▮.

1